ACCEPTED
03-15-00246-CR
5979568
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 1:10:57 PM
JEFFREY D. KYLE
CLERK

## NO.   03-15-00246-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | 7/8/2015 1:10:57 PM |
| **VS.** | § | **THIRD COURT** JEFFREY D. KYLE | |
| | § | Clerk | |
| **MARK MCMURPHY** | § | **OF APPEALS** | |

## APPELLANT'S RESPONSE TO OVERDUE BRIEF AND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Mark McMurphy, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the District Court of Comal County, Texas.

2.      The case below was styled the State of Texas vs. Mark McMurphy, and numbered CR2014-106.

3.      Appellant was convicted of DWI 3rd or more Habitual.

4.      Appellant was assessed a sentence of 60 years on January 15, 2015.

5.      Notice of appeal was given on April 23, 2015.

6.      The clerk's record was filed on May 13, 2015.

On May 7, 2015 Counsel for Appellate received notification that the Reporters record was file with the court. On May 12, 2015 Counsel for Appellate requested a copy of the reporter's record from the District Clerk and was advised that the clerk did not have it. Counsel for appellate contacted Mary Scopas Court reporter and was advised that she would send a copy to the District Clerk. On June 1, 2015 Counsel for Appellate received a notification from this Court that the Reporters record was overdue and gave a deadline of June 11, 2015 for filing. On June 4, 2015 Counsel for Appellate received notification from the District Clerk that the Reporter record had been filed. Counsel for Appellate obtained a copy on that date. Based upon the above Counsel for Appellate calculated that the due date for the brief was July 6, 2015 with consideration of the July 4th holiday weekend. It was and still is the intent of Counsel for Appellate to file for an extension. On July 1, 2015 Counsel for Appellate received notification from this court requesting a response to why Appellate's brief was not timely filed on June 12, 2015. I can only respond to the court by stating that the reporters record was not made available to Counsel until June 4, 2015 and that is the date that was used by appellate counsel to calculate the briefs due date.

The failure to timely file the Appellate Brief was not the result of conscience indifference but the result of the inability to obtain the reporters record until June 4, 2015.

REQUEST FOR EXTENSION

Appellant requests an extension of time of 45 days from the present date, i.e. July 8, 2015 to file the Appellate Brief. Counsel has been unable to finish the brief due to his trial schedule. In addition Counsel for appellate received on June 26, 2015 from the District Clerk additional reporters record exhibits in the form of a video. Counsel is scheduled to be on vacation from July 9, 2015 through August 3, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court consider his Response to the Late Filing of Brief and further grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices of Gary F. Churak P.C.
14310 Northbrook Ste. 210
San Antonio, Texas 78232
Tel: (210) 491-4443
Fax: (210) 491-4446

By:_____
Gary F. Churak
State Bar No. 04245500
churaklaw@msn.com
Attorney for Mark McMurphy

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Comal

County.

_____
Gary F. Churak

**STATE OF TEXAS**        §
                                           §

**COUNTY OF BEXAR**      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Gary F. Churak, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."

_____
Gary F. Churak
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on  July 8      ,

2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

CATHY L. DELANEY
Notary Public
State of Texas
My Commission Expires 8-22-2017